by the defendant, and the influence of a sheriff's of-
fice, never can prevent an impartial trial.   Take your
rule.

### Aaron Pell v. George Bunker.

IN this cause *Hawes* moved to vacate, in part, a
commission sued out in *November* last, so as to go to
trial notwithstanding, at the next circuit.

*D. A. Ogden* opposed it on the ground, that eight
months had not elapsed since it was issued, and re-
lied on this as the established practice, in cases of
commissions to *Europe.*

*Per Curiam.*   Granting the motion will do no in-
jury; the time may or may not elapse before the
cause is brought on, and it does not prevent, even
then, the showing of cause further to postpone the
trial.

### Cotes, Titford and Brookes v. James Thompson.

THE court had the last term denied a motion
for judgment, as in case of nonsuit for not proceed-
ing to trial, on the plaintiff's stipulating to try at the
last sittings for the city and county of *New-York,*
nine months having elapsed since issuing the com-
mission in the cause.   The plaintiffs not having pro-
ceeded agreeably to that stipulation,

*Boyd* moved again for judgment as in case of non-
suit.

*Munro,* contra, read an affidavit, stating the com- mission to have been mislaid by the defendant's commissioner; it is now found, and is shortly expected to be returned.

*Per Curiam.* The motion must be refused; but the plaintiff must pay costs and stipulate anew.

### Anonymous.

THE court intimated that when a stipulation is offered, before notice of motion, then costs will be allowed up to the time of offer. When after notice, and before actual application, up to that time. But when not till the court is applied to, then all costs must be paid.

### Anonymous.

IT was ruled by the court, that to take the effect of a motion for judgment, when a frivolous demurrer is put in, notice of bringing on the argument must be given.

### The President and Directors of the Manhattan Company v. Stephen Miller.

THIS was an action on a promissory note in which the plaintiff had duly appeared by attorney, and the defendant pleaded a judgment recovered. To this the plaintiffs replied; but in their replication began, " And the said *President and Directors of the Man-*

Y y